[No. 73623-0-I.   Division One.   April 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. J.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-8-02037-8, J. Wesley Saint Clair, J., entered June 3, 2015. *Remanded with instructions* by unpublished per curiam opinion.

[No. 73626-4-I.   Division One.   April 18, 2016.]

CARLOS BENITEZ, JR., *Appellant*, v. SKAGIT COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-2-02116-8, Charles R. Snyder, J., entered May 18, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Schindler, JJ.

[No. 73647-7-I.   Division One.   April 18, 2016.]

INTEGRATED FACILITIES MANAGEMENT, LLC, *Appellant*, v. THE CITY OF MERCER ISLAND, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-22169-0, William L. Downing, J., entered June 8, 2015. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Cox, J.

[No. 73717-1-I.   Division One.   April 18, 2016.]

AUTUMN L. MATTO, *Respondent*, v. HAGGEN, INC., *Appellant*, THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 14-2-01937-1, Susan K. Cook, J., entered June 5, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Becker and Cox, JJ.